A. I. FITCH, Respondent, *v.* JOHN W. RUSSELL, Appellant.

(Argued September 27, 1871; decided January term, 1872.)

PLAINTIFF sought to recover a sum alleged to have been expended on joint account of himself and defendant in a partnership transaction. Answer, a denial and counter-claim. The case was tried without objection to the form of action or shape of pleadings. *Held*, these questions could not be raised upon appeal.

*F. J. Fithian* for the appellant.

*E. P. Clark* for the respondent.

GRAY, C., read for affirmance.
All concur, LEONARD, C., not sitting.
Judgment affirmed with costs.